UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************************

| | | |
|---|---|---|
| RANI H. SAMUEL, | * | CIV. 07-4051 |
| Plaintiff, | * | |
| vs. | * | |
| | * | ORDER RE: MOTION FOR |
| CITIBANK, N.A., LONG TERM | * | ATTORNEY FEES (DOC. 63) |
| DISABILITY PLAN, a/k/a Citigroup | * | |
| Long Term Disability Plan, | * | |
| Defendant. | * | |

*******************************************************************************

Pending is Rani Samuel's motion for attorney's fees (Doc. 63). The controlling cases are: *Martin v. Arkansas Blue Cross and Blue Shield*, 299 F.3d 966 (8th Cir. 2002); *Lawrence v. Westerhaus*, 749 F.2d 494 (8th Cir. 1984); *Seitz v. Metropolitan Life Insurance Company*, 433 F.3d 647 (8th Cir. 2006); and *Kahle v. Leonard,* 563 F.3d 736 (8th Cir. 2009).

The circumstances and motion in this case, like the circumstances and motion in *Lawrence v. Westerhaus*, are premature. Also, regarding the remand order as an order which is not a final order, see *Gerhardt v. Liberty Life Assurance Company of Boston*, — F.3d —, No. 08-2517 (8th Cir. 2009).

It is ORDERED that plaintiff's motion for attorney's fees is DENIED without prejudice.

Dated this 30th day of July, 2009.

BY THE COURT:

s/John E. Simko

_____
John E. Simko
United States Magistrate Judge